1  EUGENE RYU, Bar No. 209104
   Gene.Ryu@klgates.com
2  YESI LAGUNAS, BAR No. 316008
   Yesi.Lagunas@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Blvd.
4  8th Floor
   Los Angeles, CA 90067
5  Telephone: 310.552.5000
   Fax No.: 310.552.5001
6
7  Attorneys for Defendant
   SUN TECHNICAL SERVICES, INC.
8  dba BHI ENERGY | STAFFING
   SOLUTIONS

9                UNITED STATES DISTRICT COURT

10

11             SOUTHERN DISTRICT OF CALIFORNIA

12

13  RASHAD JIMERSON, on behalf of          Case No. 3:24-CV-01150 BEN-VET
    himself and all others similarly situated,
    Plaintiffs,                            HON. JUDGE ROBERT T. BENITEZ
14
                                           **JOINDER IN DEFENDANT**
15  v.                                     **SOUTHERN CALIFORNIA**
                                           **EDISON COMPANY'S NOTICE**
16  SUN Technical Services, Inc., dba BHI  **OF REMOVAL OF ACTION**
    Energy | Staffing Solutions, a California **PURSUANT TO 28 U.S.C.**
    Corporation; Southern California Edison **§1441(A) (FEDERAL QUESTION)**
17  Company, a California Corporation; and
    DOES 1 through 10, inclusive,
18  Defendants.

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6

Defendant Sun Technical Services, Inc., dba BHI Energy | Staffing Solutions, through its attorneys, hereby joins in defendant Southern California Edison Company's Notice Of Removal Of Action Pursuant To 28 U.S.C. §1441(a) ("Notice of Removal") to this Court of the action entitled, filed in the Court of California, County of San Diego, Case No. 37-2024-00011927-CU-OE-CTL as described in the Notice of Removal.

7
8

Dated: July 11, 2024                              K&L GATES LLP

9
10
11
12
13
14
15

/s/Eugene Ryu
_____
EUGENE RYU
YESI LAGUNAS
ATTORNEYS FOR DEFENDANT,
SUN TECHNICAL SERVICES, INC.
dba BHI ENERGY | STAFFING
SOLUTIONS
Email: Gene.Ryu@klgates.com
Email: Yesi.Lagunas@klgates.com

16
17
18
19
20
21
22
23
24
25
26
27
28